**UNITED STATES COURT OF INTERNATIONAL TRADE**     **FORM 1**

|  |  |
|---|---|
| AVA ENTERPRISES INC. | |
| **Plaintiff,** | **SUMMONS** |
| **v.** | Court No. 20-00123 |
| **UNITED STATES,** | |
| **Defendant.** | |

**TO:**  The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



**/s/ Mario Toscano**
Clerk of the Court

### PROTEST

| | |
|---|---|
| Port of Entry: Los Angeles | Date Protest Filed: 3/09/20 |
| Protest Number: 2704-20-115943 | Date Protest Denied: 5/27/20 |
| Importer: Ava Enterprises Inc. | |
| Category of Merchandise: Multimedia players without screens | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| DE0-0128063-0 | 10/06/18 | 01/10/20 | | | |
| DE0-0128468-1 | 11/14/18 | 01/10/20 | | | |
| DE0-0128839-3 | 12/27/18 | 01/03/20 | | | |
| | | | | | |

Port Director,
U.S. Customs and Border Protection
1301 E. Ocean Blvd., Suite 1400
Long Beach, CA 90802

Address of Customs Port in
Which Protest was Denied

Stein Shostak Shostak Pollack & O'Hara, LLP
865 S. Figueroa St., Ste. 1388
Los Angeles, CA 90017
Tel: (213) 630-8888
kowens@steinshostak.com
Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

## CONTESTED ADMINISTRATIVE DECISION

| **Appraised Value of Merchandise** | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| **Classification, Rate or Amount** | | | | |
|---|---|---|---|---|
| Merchandise | Assessed | | Protest Claim | |
| | Paragraph or Item Number | Rate | Paragraph or Item Number | Rate |
| Multimedia players without screens | Subh. 8527.21.4040, HTSUS Chapter 9903 | Free 10% | Subh. 8517.62.0090, HTSUS | Free |

**Other**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

The issue which was common to all such denied protests:
Whether the subject multimedia players are properly classified under Subheading 8517.62.0090, HTSUS.

Every denied protest included in this civil action was filed by the same above-named importer, or by an authorized person in the importer's behalf. The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid, and were paid at the port of entry unless otherwise shown.

/s/Kayla Owens
_____
*Signature of Plaintiff's Attorney*

June 19, 2020
_____
*Date*