UNITED STATES COURT OF INTERNATIONAL TRADE          FORM 7A

| | |
|---|---|
| AVA ENTERPRISES, INC.<br><br>                    Plaintiff,<br><br>v.<br><br>UNITED STATES<br><br>                    Defendant. | Court No. 20-00123 |

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action.

Dated: June 12, 2024

Stein Shostak Shostak Pollack & O'Hara LLP
Kayla Owens, Esq.
Attorney for Plaintiff

865 S. Figueroa Street, Suite 1388
Street Address

Los Angeles, CA 90017
City, State and Zip Code

(213)630-8888/ e-mail: kowens@steinshostak.com
Telephone No.

Order of Dismissal

This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated: June 12, 2024          Clerk, U. S. Court of International Trade

By: /s/ Giselle Almonte
Deputy Clerk

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name |
|---|---|
| 20-00123 | Ava Enterprises, Inc. |

Order of Dismissal

    This action and those listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: _____

                                  Clerk, U. S. Court of International Trade

                                  By: _____
                                               Deputy Clerk

(As added Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)